**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| LOIS WHITE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:24-cv-06932 |
| v. | ) | |
| | ) | Honorable Andrea R. Wood |
| LOMBARD HOTEL, LLC., an Illinois | ) | |
| limited liability company | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**<u>NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT LOMBARD HOTEL, LLC.
UNDER FED. R. CIV. P. 41(a)(1)(A)(i) WITHOUT PREJUDICE</u>**

Plaintiff, through undersigned counsel, voluntarily dismisses Defendant Lombard Hotel,

LLC. under Fed. R. Civ. P. 41(a)(1)(A)(i) without prejudice.


Respectfully submitted,

CASS LAW GROUP, P.C.

/s/ Angela C. Spears
Angela C. Spears
CASS LAW GROUP, P.C.
20015 S. LaGrange Rd #1098
Frankfort, IL 60423
T: (872) 329-4844
E: aspears@casslawgroup.com
*Counsel for Plaintiff*

Dated: December 23, 2024

1